UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| GEORGE WAGERS | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | Civil Action No. _____ |
| v. | ) | |
| | ) | |
| STEPHEN R. HOTCHKISS | ) | |
| AND | ) | |
| THE REYNOLDS COMPANY | ) | |
| | ) | Removed from: |
| DEFENDANTS | ) | Rockcastle Circuit Court |
| | ) | Case No. 22-CI-00033 |
| | ) | |
| _____ | ) | |

## NOTICE OF REMOVAL

Come the Defendants, Stephen R. Hotchkiss ("Hotchkiss"), and The Reynolds Company ("Reynolds"), by counsel, and for their Notice of Removal of this action from the Rockcastle Circuit Court, Division II, to the United States District Court for the Eastern District of Kentucky, Southern Division at London, state as follows:

1.     The Circuit Court Record shows that on February 22, 2022, a Certified Mail Green card was returned to the Circuit Court showing Delivery to the Defendant Reynolds of Plaintiff's complaint and summons filed in the Rockcastle Circuit Court, Division II, case number 22-CI-00033.

2.     The Circuit Court Record also shows that on February 17, 2022, a Certified Mail Green card was delivered to the Secretary of State to serve Defendant Hotchkiss

with the same lawsuit in the Rockcastle Circuit Court, Division II, case number 22-CI-00033, at an address of 14 Duke Street, Greenville, South Carolina.  There is no further notation in the Rockcastle Circuit Court record that the Secretary of State made its "return to the court showing that the acts contemplated by this statute have been performed [and] whether the Secretary of State mailed a copy of the summons and complaint, certified mail, return receipt requested,"  as required by KRS 454.210 (3)(c), the Kentucky Long Arm Statute, nor is there any such notation of record by the Clerk of the Rockcastle Circuit Court.  Upon information and belief no service of process has been made on Defendant Hotchkiss, as he does not reside at 14 Duke Street, Greenville, South Carolina.

3.     Upon information and belief, the Plaintiff, George Wagers, was a citizen and resident of Kentucky at all times relevant hereto.

4.     Defendant Reynolds was at all times relevant hereto, including the time of the filing of this Notice of Removal and at the commencement of the state court action, a corporation in good standing, formed under the laws of South Carolina, with its principal place of business located at 508 Meeting Street, West Columbia, South Carolina.  As such, Reynolds is a resident and citizen of South Carolina.

5.     Defendant Hotchkiss is and was at all times relevant hereto, including the time of the filing of this Notice of Removal and at the commencement of the state court action, a resident and citizen of South Carolina, with his primary residence at 12 Perberton Drive,  Greeneville, South Carolina.  Even though Hotchkiss has yet to be properly served, he consents to the removal of this case to federal court.

2

6.      Copies of all process and pleadings in the state court action are attached hereto as required by 28 U.S.C. § 1446(a).

7.      The action is one over which the Court has original jurisdiction under 28 U.S.C. § 1332(a)(1), and is one which the Defendants may remove to this Court under 28 U.S.C. § 1441, because this is an action between citizens of different states and the amount that Plaintiff has alleged in his complaint to be controversy exceeds $75,000, exclusive of interest and costs.

8.      This notice of removal is filed within 30 days after the Defendants became aware of the removability of this case and within one year after the commencement of this action, as required by 28 U.S.C. § 1446(b).

Respectfully submitted,

/s/Christina R.L. Norris
Charles H. Cassis
Christina R.L. Norris
Mary Katherine Brashear
Goldberg Simpson, LLC
Norton Commons
9301 Dayflower Street
Prospect, KY  40059
cnorris@goldbergsimpson.com
PH: (502) 589-4440
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 8th day of April, 2022, I electronically filed this document through the ECF system, and I served this document through regular U.S. Mail, postage prepaid, upon the following:

Kenneth A. Sizemore
1356 South Laurel Road
London, KY 40743-1808
PH: (606) 864-4500
ken@sizelaw.com
*Counsel for Plaintiff*

Charles Bullard
Bullard and Hayes
P.O. Box 17188
Ft. Mitchell, KY 41017
PH: (859) 341-5588
bullardc@b-hlaw.com
*Counsel for Plaintiff*


/s/ *Christina R.L. Norris*
*Counsel for Defendants*

4