Michael G. Adams
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718

February 17, 2022

THE REYNOLDS COMPANY
CORPORATION SERVICE COMPANY
508 MEETING STREET
WEST COLUMBIA, SC 29169

FROM:    SUMMONS DIVISION
         SECRETARY OF STATE

RE:      CASE NO: 22-CI-00033

COURT:  Circuit Court Clerk
        Rockcastle County
        205 E Main
        Mt Vernon, KY 40456
        Phone: (606) 256-2581

Legal action has been filed against you in the captioned case.  As provided under
Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

   **(1)  Your attorney, or**
   **(2)  The attorney filing this suit whose name should appear on**
   **      the last page of the complaint, or**
   **(3)  The court or administrative agency in which the suit is filed**
   **      at the clerk's number printed above.**

The Kentucky Secretary of State has NO POWER to make a legal disposition of this
case.  Your responsive pleadings should be filed with the clerk of the court or agency
where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve
the pleading under a particular statute or rule and pay for said service.

EXHIBIT B

---

Kentucky Secretary of State's Office        Summons Division                        2/17/2022

AOC-E-105      Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **22-CI-00033**

Court:   **CIRCUIT**

County: **ROCKCASTLE**

---

*Plantiff,* WAGERS, GEORGE VS. HOTCHKISS, STEPHEN R. ET AL, *Defendant*

TO:  **CORPORATION SERVICE COMPANY**
   **508 MEETING STREET**
   **WEST COLUMBIA, SC 29169**

RECEIVED

FEB 15 2022

SECRETARY OF STATE

Memo: Related party is THE REYNOLDS COMPANY

The Commonwealth of Kentucky to Defendant:
**THE REYNOLDS COMPANY**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Eliza Jane Bork-Hansel*

Rockcastle Circuit Clerk
Date: **2/10/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20 _____

                                          Served By _____

                                          Title _____

---

Summons ID: 430144428891014@00000048372
CIRCUIT: 22-CI-00033 Long Arm Statute – SOS - Restricted Delivery
WAGERS, GEORGE VS. HOTCHKISS, STEPHEN R. ET AL



Page 1 of 1

*eFiled*

Package:000002 of 000023

Presiding Judge: HON. JOHN G. PRATHER JR. (638416)

Package : 000002 of 000023

Filed          22-CI-00033     02/10/2022     Eliza Jane York-Hansel, Rockcastle Circuit Clerk

/s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest     22-CI-00033     02/10/2022     Clerk

**COMMONWEALTH OF KENTUCKY**
**ROCKCASTLE CIRCUIT COURT**
**CIVIL ACTION NUMBER: 22-CI-**_____
**DIVISION:** ___Ⅱ___

FILED
FEB 10 2022
BY _____ JANE YORK HANSEL, CLERK
D.C.

**GEORGE WAGERS,**                                                              **PLAINTIFF,**

vs.

**STEPHEN R. HOTCHKISS and**
**THE REYNOLDS COMPANY,**                                          **DEFENDANTS.**

*Serve via certified mail – Secretary of State*

**Stephen R. Hotchkiss**
**14 Duke Street**
**Greenville, South Carolina 29605-4402**

**The Reynolds Company**
**By serving the Registered Agent**
**Corporation Service Company**
**508 Meeting Street**
**West Columbia, South Carolina 29169**

---

## COMPLAINT

---

Come the Plaintiff, George Wagers, by and through counsel, and for his

Complaint herein hereby state as follows:

### COUNT I

1. The Plaintiff, George Wagers, was at all times relevant to the herein action a

resident of Laurel County, Kentucky, with a mailing address of 285 Wagers Road, Lily,

Kentucky 40740.

2. The Defendant, Stephen R. Hotchkiss was at all times relevant to the herein

action believed to be a resident of South Carolina, with a mailing address of 14 Duke

Street, Greenville, South Carolina 29605-4402.

Filed          22-CI-00033     02/10/2022     Eliza Jane York-Hansel, Rockcastle Circuit Clerk

/s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest     22-CI-00033     02/10/2022     Clerk

Package:000003 of 000023

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

Package : 000003 of 000023

Filed          22-CI-00033    02/10/2022    Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                            /s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest    22-CI-00033    02/10/2022    Clerk

3. The Defendant, The Reynolds Company, was at all times relevant to the herein action believed to be a Corporation doing business in the South Carolina with its principal office being 10 Gates Street, Greenville, South Carolina 29611 and whose registered agent for service of process is The Corporation Service Company whose address is 508 Meeting Street, West Columbia, South Carolina 29169.

4. The automobile accident which is the subject matter of this litigation occurred on or about December 11, 2019 in Rockcastle County, Kentucky.

5. The damages of the Plaintiff is in excess of the jurisdictional limits of this court.

## COUNT II

6. The Plaintiff reaffirm, reallege, and reiterate the averments in paragraphs one (1) through five (5) the Complaint as if fully set forth herein.

7. That on or about the 11th day of December, 2019, the Plaintiff, George Wagers was the operator of a 2019 Chevrolet Silverado and was traveling south on I-75 in Mount Vernon, Kentucky.

8. That on or about the 11th day of December, 2019, the Defendant, Stephen R. Hotchkiss, was the operator of a 2018 Kenworth T600 Semi Tractor and Trailer who was traveling south on I-75 when he drove his vehicle into the Plaintiff's lane of travel colliding with the Plaintiff's vehicle.

9. That on or about the 11th day of December, 2019, the Defendant, Stephen R. Hotchkiss was the operator of a vehicle and was negligent and/or grossly negligent, and/or with willful or wanton disregard for the safety of others, did operate his vehicle in

Package:000004 of 000023

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

Package : 000004 of 000023

Filed          22-CI-00033      02/10/2022      Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                /s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest     22-CI-00033      02/10/2022      Clerk

a reckless manner causing multiple severe injuries and damages to the Plaintiff, George Wagers.

10. That on or about the 11th day of December, 2019, the Defendant, The Reynolds Company, was believed to be the owner of the 2018 Kensworth T600 Semi Tractor Trailer which was being operated and/or was in the control, care and custody of Defendant, Stephen R. Hotchkiss.

## COUNT III

11. The Plaintiff reaffirm, reallege, and reiterate the averments in paragraphs one (1) through ten (10) of the Complaint as if fully set forth herein.

12. As a direct and proximate result of the said negligence, recklessness, and carelessness of the Defendants, Stephen R. Hotchkiss and The Reynolds Company, jointly and severally, the Plaintiff, George Wagers has incurred medical expenses in excess of Three Hundred Twenty Six Thousand Nine Hundred Fifty One Dollars and Eighty Nine Cents ($326,951.89) and in the future will incur medical expenses; has suffered in the past and will suffer in the future great physical, emotional, and mental pain and suffering; impairment of Plaintiff's ability to earn in the future; and has suffered inconvenience and greater susceptibility to injury in the future.

13. As a direct and proximate result of the said negligence, recklessness, and carelessness of the Defendants, Stephen R. Hotchkiss and The Reynolds Company, jointly and severally, the Plaintiff has incurred the damages referred to herein in an amount which exceeds the jurisdictional limits of this Court.

Package:000005 of 000023

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

Package : 000005 of 000023

Filed          22-CI-00033      02/10/2022      Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                /s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest     22-CI-00033      02/10/2022      Clerk

Filed            22-CI-00033        02/10/2022        Eliza Jane York-Hansel, Rockcastle Circuit Clerk

                                                      /s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest       22-CI-00033      02/10/2022   Clerk

## COUNT IV

14. The Plaintiff reaffirms, realleges, and reiterates Paragraphs One through Paragraphs Thirteen of the Complaint as if fully set forth herein.

15. The Defendant, The Reynolds Company, is believed to be the owner of the 2018 Kenworth T600 Semi Tractor Trailer which was being operated by or was in the custody, care and/or control of the Defendant, Stephen R. Hotchkiss

16. That at the time of the aforesaid accident, the Defendant, Stephen R. Hotchkiss was entrusted with said automobile and/or operated, maintained, and/or used said vehicle individually and/or at the direction of and/or with the permission, consent and/or at the direction and/or control of the Defendant/Owner, The Reynolds Company, as a servant, agent, employee, resident relative and/or primary or secondary permissive user of said automobile. The Defendant, Stephen R. Hotchkiss was negligently entrusted with said automobile by the Defendant, The Reynolds Company.

17. That on the date of the aforesaid accident, the Defendant, Stephen R. Hotchkiss was operating, maintaining, and/or using said vehicle individually and/or at the direction of and/or with the permission of the Defendant/Owner, The Reynolds Company, as a servant, agent, employee, resident relative and/or primary or secondary user. Any negligence of the Defendant, Stephen R. Hotchkiss is imputed to The Reynolds Company by operation of law. The Reynolds Company is liable for their own negligence and that of their employee/agent/servant, Stephen R. Hotchkiss.

18. The Defendant, The Reynolds Company's conduct in allowing the Defendant, Stephen R. Hotchkiss to operate or have the custody, care and/or control of said 2018 Kenworth T600 Semi Tractor Trailer rises to the nature of gross negligence entrustment

Package:000006 of 000023

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

Package : 000006 of 000023

Filed            22-CI-00033        02/10/2022        Eliza Jane York-Hansel, Rockcastle Circuit Clerk

                                                      /s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest       22-CI-00033      02/10/2022   Clerk

Filed 22-CI-00033 02/10/2022 Eliza Jane York-Hansel, Rockcastle Circuit Clerk

/s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest 22-CI-00033 02/10/2022 Clerk

of said motor vehicle causing multiple severe injuries and damages to the Plaintiff,

George Wagers.

WHEREFORE, the Plaintiff pray for judgment as follows:

1. Trial by jury.

2. Compensatory damages in an amount in excess of the minimum jurisdictional

limits of this court for Plaintiff, George Wagers' past and future medical expenses, past

and future pain and suffering, impairment of ability to earn, inconvenience, and greater

susceptibility to future injury.

3. Compensation for all damages caused by the negligence of the Defendants,

Stephen R. Hotchkiss and The Reynolds Company, jointly and severally, for the Plaintiff,

George Wagers, in an amount in excess of the minimum jurisdictional limits of this court.

4. Attorney fees and costs herein expended.

5. Any and all other relief to which the Plaintiff may be entitled.

Respectfully submitted,

/s/ Kenneth A. Sizemore
1356 South Laurel Road
P.O. Box 1808
London, Kentucky 40743-1808
Telephone: 606-864-4500
Fax: 606-864-0445
Email: ken@sizelaw.com

And

Charles Bullard
Bullard and Hayes
P.O. Box 17188
Ft. Mitchell, Kentucky 41017
Telephone: 859-341-5588
Fax: 888-283-1227
Email: bullardc@b-hlaw.com

Filed 22-CI-00033 02/10/2022 Eliza Jane York-Hansel, Rockcastle Circuit Clerk

/s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest 22-CI-00033 02/10/2022 Clerk

Package:000007 of 000023

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

Package : 000007 of 000023

Filed            22-CI-00033      02/10/2022      Eliza Jane York-Hansel, Rockcastle Circuit Clerk

                                                  /s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest      22-CI-00033    02/10/2022      Clerk

## COMMONWEALTH OF KENTUCKY
## ROCKCASTLE CIRCUIT COURT
## CIVIL ACTION NUMBER:  22-CI-_____
## DIVISION:_____

**GEORGE WAGERS,**                                        **PLAINTIFF,**

**vs.**

**STEPHEN R. HOTCHKISS and**
**THE REYNOLDS COMPANY,**                          **DEFENDANTS.**

## NOTICE OF SERVICE OF
## INTERROGATORIES,
## REQUEST FOR PRODUCTION OF DOCUMENTS AND
## REQUEST FOR ADMISSIONS
## TO DEFENDANTS, STEPHEN R. HOTCHKISS

Comes now the Plaintiff, George Wagers, by and through counsel, and hereby

give notice that Plaintiff's tendered Interrogatories and Requests for Production of

Documents upon the Defendants, Stephen R. Hotchkiss on February 10, 2022.

/s/ Kenneth A. Sizemore
1356 SOUTH LAUREL ROAD
P.O. BOX 1808
LONDON, KENTUCKY 40743-1808
TELEPHONE:  606-864-4500
FAX:  606-864-0445
EMAIL:  KEN@SIZELAW.COM
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE:

The undersigned hereby certifies that a true and correct copy of the foregoing has
been served, all postage prepaid upon:

ORIGINAL:

Rockcastle Circuit Clerk
(Via E-Filing)

Package:000000 of 000023

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

Package : 000008 of 000023

Filed          22-CI-00033       02/10/2022     Eliza Jane York-Hansel, Rockcastle Circuit Clerk

A true copy attest      22-CI-00033      02/10/2022

/s/Eliza Jane York-Hansel, Rockcastle Circuit
Clerk

COPY:

Stephen R. Hotchkiss
14 Duke Street
Greenville, South Carolina 29605-4402
Served upon the Defendant
With a copy of the Complaint & Civil Summons

The Reynolds Company
By serving The Registered Agent
Corporation Service Company
508 Meeting Street
West Columbia, South Carolina 29169
Served upon the Defendant
With a copy of the Complaint & Civil Summons

This the 10th day of February, 2022.

/s/Kenneth A. Sizemore

Package:000009 of 000023

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

Package : 000009 of 000023

Filed            22-CI-00033      02/10/2022      Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                   /s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest      22-CI-00033      02/10/2022      Clerk

## COMMONWEALTH OF KENTUCKY
## ROCKCASTLE CIRCUIT COURT
## CIVIL ACTION NUMBER: 22-CI-_____
## DIVISION:_____

**GEORGE WAGERS,**                                          **PLAINTIFF,**

**vs.**

**STEPHEN R. HOTCHKISS and**
**THE REYNOLDS COMPANY,**                                   **DEFENDANTS.**

---

## PLAINTIFF'S FIRST SET OF INTERROGATORIES,
## REQUEST FOR PRODUCTION OF DOCUMENTS
## AND REQUEST FOR ADMISSIONS

Comes now the Plaintiff, **GEORGE WAGERS**, by and through counsel, and for

her first set of interrogatories, request for production of documents and request for

admissions propounded to the Defendant, **STEPHEN R. HOTCHKISS** to be answered

within 45 days after service thereon as required by the Kentucky Rules of Civil

Procedure. These Interrogatories shall be deemed continuing in nature and require timely

supplemental answers if you or your attorney obtain further information before the trial

of the herein action. The Plaintiff request as follows:

**INTERROGATORY NUMBER ONE:**

With regard to the Defendant, Stephen R. Hotchkiss please provide the following

information:

a) Please provide the Defendant's full name, address, date of birth and Social

Security Number. Also, please provide the name of the Defendant's

spouse at the time of the accident.

Filed            22-CI-00033      02/10/2022      Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                   /s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest      22-CI-00033      02/10/2022      Clerk

Filed            22-CI-00033        02/10/2022      Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                  /s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest    22-CI-00033    02/10/2022   Clerk

b)   Please provide the name, address, and degree of consanguinity of those
persons related to the Defendant by blood or marriage that now live in
Rockcastle County, Kentucky.

c)   Please provide the Defendant's educational background, including the
names and addresses of the high school which he attended, as well as any
colleges or vocational training centers or other institutions.  Please specify
the dates of attendance as well as all degrees and/or certificates obtained.

d)   Please provide the Defendant's chronological work history, including the
names and addresses of all past and present employers, as well as a
description of each job and his wage rate or earnings.  If self-employed,
please provide the full name of the business and its address, the length of
its existence, and the amount of gross earnings for each year as well as its
net profit or loss.

e)   Please provide the Defendant's history of criminal arrest or conviction.
Please state the date and nature of each charge and the jurisdication or
forum in which it was pending as well as its ultimate resolution.

f)   Please provide a copy of the Defendant's driver's license.  Also, please
advise as to any moving violations, suspensions or revocations of that
license during the past five (5) years as well as any previous motor vehicle
accidents.

g)   Please advise if the Defendant had a valid driver's license or permit at the
time of this accident; please advise if he had any restrictions on said
driver's license and/or permit at the time of this accident.

Package:000011 of 000023

Presiding Judge: HON. JOHN G. PRATHER, JR. (028416)

Package : 000011 of 000023

Filed            22-CI-00033.        02/10/2022      Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                    /s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest    22-CI-00033    02/10/2022     Clerk

Filed       22-CI-00033     02/10/2022    Eliza Jane York-Hansel, Rockcastle Circuit Clerk

                                                /s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest     22-CI-00033     02/10/2022    Clerk

**ANSWER:**

**INTERROGATORY NUMBER TWO:**

Please provide a complete account of the subject accident including but not

limited to the following details:

a) The name and address of all persons involved in the accident, including

but not limited to the drivers, passengers and any witnesses.

b) The direction and speed of the vehicles involved.

c) The configuration of the roadway, i.e. straight, curved, inclined or

descending.

d) The amount of sight distance available for each driver.

e) The location and extent of damage to each vehicle as well as the cost of

repair.

f) The number and location of all occupants and animals within the

Defendant's vehicle.

g) The occupants' use of seatbelts or other restraints, as well as the

deployment of airbags.

h) Any environmental factors that may have contributed to the accident,

including but not limited to rain, fog, or other inclement weather.

i) Any human factors that my have contributed to the accident, including the

use of alcohol, prescription medication and/or illicit drugs, as well as

fatigue or other distractions.

j) Any statements made by the drivers involved, witnesses, or the

investigating police officer.

Package:000012 of 000023

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

Package : 000012 of 000023

Filed       22-CI-00033     02/10/2022    Eliza Jane York-Hansel, Rockcastle Circuit Clerk

                                               /s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest     22-CI-00033     02/10/2022    Clerk

Filed          22-CI-00033      02/10/2022     Eliza Jane York-Hansel, Rockcastle Circuit Clerk

                                               /s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest      22-CI-00033    02/10/2022    Clerk

**ANSWER:**

**INTERROGATORY NUMBER THREE:**

Please provide the name, address and telephone number of each individual likely to have discoverable information relevant to the subject accident and injuries sustained by the Plaintiff, as well as all other facts alleged. Please provide a summary of each witness' anticipated testimony.

**ANSWER:**

**INTERROGATORY NUMBER FOUR:**

Please provide copies of all documents that Defendant may have in his possession or may have access to which contain discoverable information relevant to the facts alleged with particularly in the pleadings, including but not limited to:

a)      Any recorded or transcribed statement given by any person involved or other witness to the subject accident. This includes any documents summarizing such statement and/or the tape or video recording.

**ANSWER:**

**INTERROGATORY NUMBER FIVE:**

Were you at the time of the incident in questions insured under a policy of liability insurance, excess liability insurance (a/k/a "an umbrella policy"), or self-insured trust which provides coverage for the accident? If the answer is in the affirmative, for each such policy or trust, please state the following and attach a copy of same to your response hereto:

a)      The name and address of the insurance company or self-insured trust providing said coverage;

Filed          22-CI-00033      02/10/2022     Eliza Jane York-Hansel, Rockcastle Circuit Clerk

                                               /s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest      22-CI-00033    02/10/2022    Clerk

Package:000013 of 000023

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

Package : 000013 of 000023

Filed       22-CI-00033     02/10/2022     Eliza Jane York-Hansel, Rockcastle Circuit Clerk

/s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest     22-CI-00033     02/10/2022     Clerk

b)     The number of the policy or trust providing said coverage;

c)     The nature of coverage;

d)     The limits of the coverage of said liability, excess liability

Policy and/or self-insured trust;

e)     The effective dates of the policy or trust; and

f)     Whether or not liability coverage has been denied, reserved or

conditioned and the reason(s) therefore.

**NOTE:** If you were operating another person's vehicle at the time of the

accident, then this Interrogatory demands disclosure of the aforesaid

information on the vehicle you were operating at the time of the accident,

**AND** demands disclosure of the aforesaid information on any vehicles for

which you are an insured for liability coverage, including but not limited

to vehicles that you own that were insured at the time of the accident.

**ANSWER:**

**INTERROGATORY NUMBER SIX:**

Describe in detail how the accident occurred, including but not limited to the

location of the vehicles when the collision occurred.

**ANSWER:**

**INTERROGATORY NUMBER SEVEN:**

At the time of the accident, were you working for or on behalf of anyone; were

you doing an errand for an employer; or were you doing anything that benefit your

employer?

Filed       22-CI-00033     02/10/2022     Eliza Jane York-Hansel, Rockcastle Circuit Clerk

/s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest     22-CI-00033     02/10/2022     Clerk

Package:000014 of 000023

Presiding Judge: HON. JOHN G. PRATHER JR. (028416)

Package : 000014 of 000023

Filed          22-CI-00033        02/10/2022        Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                                    /s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest        22-CI-00033        02/10/2022        Clerk

If your answer is in the affirmative please provide the name and address of your employer and a brief description of your job duties and a full and complete description of the task, errand and/or favor you were performing on behalf or and/or for the benefit of your employer.

**ANSWER:**

**INTERROGATORY NUMBER EIGHT:**

With regard to the trip that was interrupted by the accident, state the origin, intended destination and purpose of the trip.

**ANSWER:**

**INTERROGATORY NUMBER NINE:**

State the name and address of the owner of the motor vehicle you were driving at the time of the accident.

**ANSWER:**

**INTERROGATORY NUMBER TEN:**

If the owner of the vehicle is a person or entity beside you, then describe in detail your relationship to the owner of the vehicle at the time of the accident and the reason(s) why you had possession of the vehicle at the time of the accident.

**ANSWER:**

**INTERROGATORY NUMBER ELEVEN:**

On the date of the accident, were you at any time, between the time you entered the vehicle and the time of the accident, using any type of mobile communication device, such as a cellular phone? The term "using" includes but is not limited to communicating using the device; sending, reading or typing a text message; accessing any programs on

Package:000015 of 000023

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

Package : 000015 of 000023

Filed          22-CI-00033        02/10/2022        Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                                    /s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest        22-CI-00033        02/10/2022        Clerk

the device, including but not limited to social media programs on the device (i.e.

Facebook); retrieving and/or listening to any voicemails; and/or directing your attention

to the device in anticipation of using the device.

**ANSWER:**

**INTERROGATORY NUMBER TWELVE:**

Provide the phone number and identify the carrier (i.e. Verizon, AT&T, Sprint)

for any and all mobile communication devices you had access to use on the date of the

accident.

**ANSWER:**

**INTERROGATORY NUMBER THIRTEEN:**

Do you contend that a person or entity, not a party of this action, acted in such a

manner as to cause or contribute to the accident and injuries involved in this lawsuit?  If

so, for each such person or entity, state the following:

a)    The name or other means of identification, and present residence address

of such person;

b)    The act of other such person or entity which caused or contributed to the

accident; and

c)    A statement of all facts on which you rely to support such contention.

**ANSWER:**

**INTERROGATORY NUMBER FOURTEEN:**

Identify the name, address and telephone number of each and every witness you

intend to call at trial.

**ANSWER:**

Package:000015 of 000023

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

Package : 000016 of 000023

Filed                    22-CI-00033          02/10/2022        Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                                /s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest       22-CI-00033          02/10/2022        Clerk

**INTERROGATORY NUMBER FIFTEEN:**

Identify each and every exhibit that you intend to use at trial and provide a copy of each documentary exhibit or advise Plaintiff's attorney when and how he may inspect any other exhibits.

**ANSWER:**

**INTERROGATORY NUMBER SIXTEEN:**

Did you have any conversation(s) with the Plaintiff, George Wagers, after the motor vehicle collision which is the subject matter of this litigation?  If yes, please state in specific detail everything that you remember being said, either by you or the Plaintiff, George Wagers, after the collision.

**ANSWER:**

**INTERROGATORY NUMBER SEVENTEEN:**

Have you given a statement to anyone, whether written or recorded, describing to them or telling them about the motor vehicle collision which is the subject matter of this litigation?  If your answer is YES, please provide me with the name, address and telephone number of the person(s) who took your statement.

**ANSWER:**

**INTERROGATORY NUMBER EIGHTEEN:**

Have you or anyone on your behalf, including your attorney, taken statements, whether written or recorded, of anyone who has knowledge of how the motor vehicle collision occurred.

If the answer to the preceding interrogatory is in the affirmative, state:

Filed                    22-CI-00033          02/10/2022        Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                                /s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest       22-CI-00033          02/10/2022        Clerk

Package:000017 of 000023

Presiding Judge: HON. JOHN G. PRATHER JR. (626416)

Package : 000017 of 000023

(a)  The name and address of each person from whom a statement has

been taken;

(b)  The date of each such statement; and

(c )  The person presently having custody of each such statement;

**ANSWER:**

**INTERROGATORY NUMBER NINETEEN:**

Please state with specification your actions for the twenty four hour period prior

to motor vehicle collision which is the subject matter of this litigation, including the

location where you were by name and address, who you were with and what you were

doing.

**ANSWER:**

**INTERROGATORY NUMBER TWENTY:**

Did you or anyone on your behalf take any photographs of the damage to your

motor vehicle after the motor vehicle collision which is the subject matter of the herein

litigation?

**If yes,** Please provide copies of the photographs taken by mailing same to the

herein address.

**ANSWER:**

**INTERROGATORY NUMBER TWENTY ONE:**

Did you have the damage to your motor vehicle, from the collision which is the

subject matter of this litigation, repaired or fixed .

**IF YES,** please provide me with an itemized copy of the bill for having the

vehicle repaired or fixed.

Package:000018 of 000023

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

Package : 000018 of 000023

Filed      22-CI-00033     02/10/2022     Eliza Jane York-Hansel, Rockcastle Circuit Clerk

                                               /s/Eliza Jane York-Hansel, Rockcastle Circuit

A true copy attest     22-CI-00033     02/10/2022     Clerk

**ANSWER:**

**INTERROGATORY NUMBER TWENTY TWO:**

      Did either you or your passenger receive any injury as a result of the herein

accident. If, yes, please describe the injuries.

**ANSWER:**

**INTERROGATORY NUMBER TWENTY THREE:**

      If you are alleging that the Plaintiff, George Wagers, was negligent, grossly

negligent or contributory negligent in causing the motor vehicle collision which is the

subject matter of the herein litigation, please state specifically each and every way that

you believe the Plaintiff, George Wagers did which would make her in any manner

responsible, grossly negligent, negligent or contributory negligent in causing the herein

accident.

**ANSWER:**

**INTERROGATORY NUMBER TWENTY FOUR:**

      Have your or anyone on your behalf had the Plaintiff, George Wagers, followed,

photographed, videotaped or in any other manner documented her activities.

**ANSWER:**

**INTERROGATORY NUMBER TWENTY FIVE:**

      Please advise as to whether Defendant will supplement his answers should

additional information become available.

**ANSWER:**

Filed          22-CI-00033     02/10/2022     Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                              /s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest      22-CI-00033     02/10/2022     Clerk

## REQUEST FOR PRODUCTION OF DOCUMENTS

**REQUEST NUMBER ONE:**

Please produce a complete copy of the liability insurance policy of the herein

defendant which would cover the injuries George Wagers received in the herein action.

**ANSWER:**

**REQUEST NUMBER TWO:**

Please provide a copy of any and all documents you intend to use as exhibits or at

the trial of the herein case.

**ANSWER:**

**REQUEST NUMBER THREE:**

Please produce a copy of all DVD, video, audio, photographs or other documents

you may have which are of the herein Plaintiff, George Wagers.

**ANSWER:**

**REQUEST NUMBER FOUR:**

Please provide a copy of any and all statements the herein Defendant took or had

taken of the Plaintiff, George Wagers regarding the herein motor vehicle collision.

**ANSWER:**

**REQUEST NUMBER FIVE:**

Please provide a copy of any and all statements that the herein Defendant gave to

others regarding the herein motor vehicle collision.

**ANSWER:**

Filed          22-CI-00033     02/10/2022     Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                              /s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest      22-CI-00033     02/10/2022     Clerk

Package:000020 of 000023

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

Package : 000020 of 000023

Filed          22-CI-00033      02/10/2022      Eliza Jane York-Hansel, Rockcastle Circuit Clerk

                                                /s/Eliza Jane York-Hansel, Rockcastle Circuit
A true copy attest      22-CI-00033      02/10/2022      Clerk

**REQUEST NUMBER SIX:**

Please provide a copy of the title to the vehicle you were driving which was involved in a collision with the car driven by George Wagers.

**ANSWER:**

**REQUEST NUMBER SEVEN:**

Please provide a copy of an itemized billing showing what it cost you to have your vehicle repaired or fixed after colliding with the vehicle of George Wagers.

**ANSWER:**

**REQUEST NUMBER EIGHT:**

Please provide copies of any and all photographs, videotapes or other that was taken of your motor vehicle that would show the damage to your vehicle as a result of the herein motor vehicle collision.

**ANSWER:**

**REQUEST NUMBER NINE:**

Please provide a copy of the dashcam video for the entire day of December 11, 2019.

## REQUEST FOR ADMISSIONS

**REQUEST NUMBER ONE:**

Please admit that on December 11, 2019 you (Stephen R. Hotchkiss) struck the motor vehicle driven by the Plaintiff, George Wagers in Rockcastle County Kentucky.

**ANSWER:**

Package:000021 of 000023

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

Package : 000021 of 000023

**REQUEST NUMBER TWO:**

Please admit that George Wagers was not at fault in causing the herein motor

vehicle collision.

**ANSWER:**

**REQUEST NUMBER THREE:**

Please admit that you were the sole cause of the herein motor vehicle collision.

**ANSWER:**

**REQUEST NUMBER FOUR:**

Please admit that you would not have struck the vehicle of George Wagers had

you been able to control your vehicle.

**ANSWER:**

/s/ Kenneth A. Sizemore
1356 South Laurel Road
London, Kentucky 40743-1808
Telephone: 606-864-4500
Fax: 606-864-0445
Email: ken@sizelaw.com
Counsel for Plaintiff

And

Charles Bullard
Bullard and Hayes
P.O. Box 17188
Ft. Mitchell, Kentucky 41017
Telephone: 859-341-5588
Fax: 888-283-1227
Email: bullardc@b-hlaw.com

**CERTIFICATE OF SERVICE:**

The undersigned hereby certifies that a true and correct copy of the foregoing has
been served, all postage prepaid upon:

Package:000022 of 000023

Presiding Judge: HON. JOHN G. PRATHER, JR. (628416)

Package : 000022 of 000023

/s/Eliza Jane York-Hansel, Rockcastle Circuit

A true copy attest     22-CI-00033     02/10/2022     Clerk

ORIGINAL:

Rockcastle Circuit Clerk
(Via E-Filing)

COPY:

Stephen R. Hotchkiss
14 Duke Street
Greenville, South Carolina 29605-4402
Served upon the Defendant
With a copy of the Complaint & Civil Summons

The Reynolds Company
By serving The Registered Agent
Corporation Service Company
508 Meeting Street
West Columbia, South Carolina 29169
Served upon the Defendant
With a copy of the Complaint & Civil Summons

This the 10th day of February, 2022.

/s/Kenneth A. Sizemore

Package:000023 of 000023

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

Package : 000023 of 000023

CERTIFIED MAIL

**Kentucky** UNBRIDLED

**MICHAEL G. ADAMS**
**SECRETARY OF STATE**
P.O. Box 718
Frankfort, Kentucky 40602-0718

☑ *REGISTER TO VOTE*

7021 1970 0001 7985 3451

neopost
02/17/2022
US POSTAGE   $006.762

ZIP 40601
041M12252338

FIRST-CLASS MAIL

**THE REYNOLDS COMPANY**
**CORPORATION SERVICE COMPANY**
**508 MEETING STREET**
**WEST COLUMBIA, SC 29169**

RESTRICTED
DELIVERY

RESTRICTED
DELIVERY

