UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CIVIL ACTION NO. 6:22-CV-75-REW

GEORGE WAGERS,                          PLAINTIFF,

V.                                        ORDER

STEPHEN R. HOTCHKISS, and
THE REYNOLDS CO.,                       DEFENDANTS.

     This matter came before the undersigned for a settlement conference on June 3, 2025, with the parties present and represented by counsel. As a result of their efforts all claims asserted in the action were resolved by agreement. Therefore,

     IT IS ORDERED that on or before July 3, 2025, the parties shall file a proper Rule 41 Stipulation, an agreed order of dismissal, or a joint status report informing the Court on the status of the settlement process.

     Signed June 4, 2025.



Signed By:
Edward B. Atkins   *EBA*
United States Magistrate Judge

TIC/WP: 4:30