UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
*ELECTRONICALLY FILED*

| | |
|---|---|
| GEGE WAGERS ) | |
| ) | |
| PLAINTIFF ) | |
| ) | Civil Action No. 6:22-cv-75-REW-HAI |
| v. ) | |
| ) | |
| STEPHEN R. HOTCHKISS ) | |
| AND ) | |
| THE REYNOLDS COMPANY ) | |
| ) | Removed from: |
| DEFENDANTS ) | Rockcastle Circuit Court |
| ) | Case No. 22-CI-00033 |

**JOINT STATUS REPORT**

Pursuant to the Court's June 4, 2025 Order (Doc. 77) (the "Order"), Plaintiff George Wagers and Defendants Stephen R. Hotchkiss and The Reynolds Company (collectively, "the Parties") submit the following Joint Status Report in the above-captioned matter.

The Parties reached a resolution of this matter at the beginning of June. A proposed release was thereafter sent to Plaintiff's counsel to revie wand make edits. Plaintiff's counsel made suggested edits and mailed the release back to counsel for Defendants with his suggested edits. Counsel for Defendants then emailed the revised release back to Plaintiff's counsel on June 30, 2025, for final review and his client's signature.

Therefore, the Parties ask for the Court to allow another 30 days for the Parties to get a release signed and delivery of the settlement proceeds to bring this matter to finality.

Respectfully submitted,

*/s/Kenneth A. Sizemore (w/ permission)*
Kenneth A. Sizemore
1356 South Laurel Road
London, KY 40743-1808
ken@sizelaw.com
*Counsel for Plaintiff*

*/s/Charles Bullard (w/permission)*
Charles Bullard
Bullard and Hayes
PO Box 17188
Ft. Mitchell, KY 41017
bullardc@b-hlaw.com
*Co-Counsel for Plaintiff*

*/s/Jarad N. Key*
Charles H. Cassis, Esq.
Jarad N. Key, Esq.
Goldberg Simpson, LLC
9301 Dayflower Street
Louisville, KY 40059
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2025, I filed the foregoing document with the Court through the Court's electronic filing system. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

                                               */s/ Jarad N. Key*
                                               *Counsel for Defendants*