UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| GEORGE WAGERS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 6:22-CV-75-REW-HAI |
| STEPHEN R. HOTCHKISS and THE REYNOLDS COMPANY, | ) ) ) | ORDER |
| Defendants. | ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

On September 12, 2025, the parties filed an "Agreed Order of Dismissal" that seeks to terminate all claims by and between the parties. *See* DE 80. Notably, the Court previously directed the parties to file a proper stipulation of dismissal, agreed order, or explanatory status report by no later than August 4, 2025. *See* DE 79. However, given that the agreement complies with Rule 41(a)(1)(A)(ii), which permits voluntary dismissal "without court order" upon filing of a "stipulation of dismissal signed by all parties who have appeared," the Court will accept the parties' agreed order. *See* DE 80. Accordingly, the Court **DIRECTS** the Clerk to term DE 80 and **STRIKES** the case from the active docket **with prejudice**, per the terms of the agreed order.



Signed By:
Robert E. Wier  REW
United States District Judge